## ORDER

PER CURIAM

AND NOW, this 25th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

■

Charlesretta MEADE, Robert N.C. Nix, Honorable Russell M. Nigro, Honorable Alan K. Silberstein, Anthony Lewis, Jr., and Molly Goldsmith, Personal Representative of the Estate of Howard M. Goldsmith, Deceased, Respondents

v.

CITY OF PHILADELPHIA, Petitioner

Charlesretta Meade, Robert N. Nix, Honorable Russell M. Nigro, Honorable Alan K. Silberstein, Anthony Lewis, Jr., and Molly Goldsmith, Personal Representative of the Estate of Howard M. Goldsmith, Deceased, Respondents

v.

City of Philadelphia, Petitioner

No. 87 EAL 2016
No. 120 EAL 2016

Supreme Court of Pennsylvania.

October 25, 2016

## ORDER

PER CURIAM

AND NOW, this 25th day of October, 2016, the Petition for Allowance of Appeal, Cross Petition for Allowance of Appeal, and Application to Submit Brief Reply in Support of their Petition for Allowance of Appeal are **DENIED**.

■

COMMONWEALTH of Pennsylvania, Respondent

v.

Eric RAMBERT, Petitioner

No. 329 EAL 2016

Supreme Court of Pennsylvania.

October 26, 2016

## ORDER

PER CURIAM

AND NOW, this 26th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.